**2008–1303.   Rzepka v. Solon.**
Cuyahoga C.P. No. CV08656878. The stay of briefing previously ordered in this cause is dissolved. The parties shall brief this cause in accordance with the Rules of Practice of the Supreme Court of Ohio. Appellant's brief is due 40 days from the date of this entry.
    PFEIFER, J., dissents.

**2008–1540.   State v. Leffler.**
Hardin App. No. 6–07–22, 2008-Ohio-3057. On motion to suspend execution of sentence and set bond pending appeal. Motion denied.

**2008–1570.   State ex rel. Toledo Blade Co. v. Toledo–Lucas Cty. Port Auth.**
In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:
    The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 30 days of the date of this entry; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondent's brief.
    Sua sponte, respondent is ordered to submit under seal as part of its evidence an unredacted copy of the requested investigative report for an in camera inspection.

**2008–1658.   State v. Meyers.**
Summit App. Nos. 23864 and 23903, 2008-Ohio-2528. On motion for leave to file delayed appeal. Motion granted.
    PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2008–1660.   State v. McCullough.**
Putnam App. No. 12–07–09, 2008-Ohio-3055. On motion for leave to file delayed appeal. Motion granted.
    PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2008–1662.   State v. Rosado.**
Mahoning App. No. 02 CA 10, 2003-Ohio-2927. On motion for leave to file delayed appeal. Motion denied.

**2008–1674.   State v. Tillis.**
Mahoning App. No. 07 MA 89. On motion for leave to file delayed appeal. Motion denied.

**2008–1679.   State v. Patrick.**
Hamilton App. No. C–070305. On motion for leave to file delayed appeal. Motion denied.
    MOYER, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent.

**2008–1690.   State v. Anaya.**
Lucas App. No. L–06–1375, 2008-Ohio-1853. On motion for leave to file delayed appeal. Motion granted.
    MOYER, C.J., and LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2008–1695.   State v. Pankey.**
Mahoning App. No. 07 MA 2, 2008-Ohio-3091. On motion for leave to file delayed appeal. Motion granted.
    O'DONNELL and LANZINGER, JJ., dissent.

**2008–1706.   State v. Brewer.**
Montgomery App. Nos. 22159 and 22160, 2008-Ohio-2715. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2008–1711.   State v. Naylor.**
Muskingum App. No. CT070080. On motion for leave to file delayed appeal. Motion denied.

**2008–1714.   State v. Pierce.**
Cuyahoga App. No. 88598, 2007-Ohio-3416. On motion for leave to file delayed appeal. Motion denied.